**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------- X

JULIAN ROMERO,

                *Plaintiff*,

-against-

ECUADORIAN FOOD RESTAURANT CORP.
and VICTOR LOJA, individually,

                *Defendants.*

--------------------------------------------- X

Civil Action No.

**1:24-cv-08107-NRM-LKE**

**JUDGMENT**

## **JUDGMENT**

    On January 27, 2025, the Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

    That the Plaintiff, JULIAN ROMERO, has a judgment against ECUADORIAN FOOD RESTAURANT CORP. and VICTOR LOJA, jointly and severally, in the amount of Twenty Thousand Dollars ($20,000.00), which is inclusive of attorneys' fees and costs.

Dated: Brooklyn, New York
          January 31, 2025

BRENNA B. MAHONEY
CLERK OF COURT

by: *Jalitza Poveda*
      Deputy Clerk